Form ntcabuse

# United States Bankruptcy Court
## Western District of Louisiana

**Case No.:** 16–50677
**Chapter:** 7
**Judge:** Robert Summerhays

**In Re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Clince Kent Morvant | Denise Berard Morvant |
| *( debtor has no known aliases )* | *( debtor has no known aliases )* |
| 7115 Loreauville Road | 7115 Loreauville Road |
| New Iberia, LA 70563 | New Iberia, LA 70563 |

**Social Security No.:**
xxx–xx–5930                              xxx–xx–0445

**Employer's Tax I.D. No.:**

---

### STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed all of the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee determines that:(1) the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B). Filed by Office of U. S. Trustee. (McCulloch, Gail)

Dated: 9/12/16

United States Trustee