UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA



MINUTE ENTRY

16-50677 Clince Kent Morvant and Denise Berard Morvant
Chapter: 7

Motion to Dismiss Case Pursuant to 11 U.S.C. §§ 707(b)(2) and
(b)(3) on behalf of Office of U. S. Trustee

APPEARANCES:

No appearances

RULING: Motion is granted by consent.

ORDER TO BE PREPARED BY: McCulloch

Date: November 15, 2016